**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV 06-292-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| $18,900.77, et al. | |
| Defendants. | |

Currently pending before the Court is the Stipulation of parties Plaintiff, United States of America, and Claimants, Jigisha Babulal Patel, Hiten Kantilal Patel, Kamlesh Babulal Patel, and Bhavisaben Bhupendra Patel, Babulal Mithalbhai Patel and Gitaben Babulal Patel, regarding their interest in the above captioned defendant funds, to resolve this matter. Good cause appearing,

**IT IS HEREBY ORDERED** that the approximately $32,905.45 remaining of the defendant property is hereby declared forfeited to the United States, pursuant to the provisions of 18 U.S.C. §981, and is to be disposed of according to law.

**IT IS FURTHER ORDERED** that Claimants, Jigisha Babulel Patel, Hiten Kantilal Patel, Kamlesh Babulal Patel, and Bhavisaben Bhupendra Patel's claims filed in this action are hereby **WITHDRAWN**.

**IT IS FURTHER ORDERED** that Claimants **release and forever discharge** the United States and the Department of Justice, the Department of Homeland Security, United

1  States Immigration and Customs Enforcement, the United States Treasury Department and
2  all officers, employees, contract employees, agents, and task force agents from any and all
3  actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages,
4  claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors,
5  or assigns ever had, now have, or may have in the future in connection with the seizure,
6  detention, and forfeiture of the above-captioned defendants.

7      Furthermore, the Court finds that the agents of the United States and the Department
8  of Justice, the Department of Homeland Security, United States Immigration and Customs
9  Enforcement, and the United States Treasury Department had reasonable grounds to seize
10 defendant property described herein, pursuant to the terms of 28 U.S.C. §2465 and that
11 Claimants have not substantially prevailed as the result of this settlement agreement. Each
12 party is responsible for its respective costs and attorney fees.

13      DATED this 22nd day of May, 2007.

_____
Stephen M. McNamee
United States District Judge